

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 5, 2023

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

RE:   *DiMeglio v. The Professional Supplement Center, LLC*
      Case No.: 1:23-cv-05209-JLR

Dear Judge Rochon:

We represent the Plaintiff in the above-referenced matter.  We write jointly with Defendant's counsel to respectfully request a thirty (30) day extension of time for the parties to file any application to reopen this matter.  The new due date would be January 8, 2024.  The requested extension will afford the parties an opportunity to finalize our settlement papers.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

The request is **GRANTED**.  Any application to reopen the matter must be filed by January 8, 2024.

Dated:  December 5, 2023
        New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**